MRS. M. D. WALTERS v. SOUTHERN RAILWAY COMPANY.

(Filed 29 November, 1916.)

CIVIL ACTION tried before *Cline, J.,* at March Term, 1916, of GUILFORD.

*John A. Barringer for plaintiff.*
*Wilson & Ferguson for defendant.*

HOKE, J. In this cause the facts in evidence and the questions as considered and decided by the Court are the same as those presented in the appeal of *Hinton v. R. R.* (next preceding case), and, for the reasons given in that opinion, the judgment recovered by plaintiff in the court below is affirmed.

No error.